IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEVEN RAY FITZPATRICK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:10cv1054-MEF |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On March 11, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 36). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge is ADOPTED and the 28 U.S.C. § 2255 motion filed by Fitzpatrick is DENIED, as the claims therein entitle him to no relief.

DONE this the 3rd day of April, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE